NICHOLS *v.* McGEE, DIRECTOR, CALIFORNIA
STATE DEPARTMENT OF CORREC-
TIONS, ET AL.

No. 16, Misc.   Decided October 12, 1959.

Appellant *pro se.*

*Stanley Mosk,* Attorney General of California, and
*Doris H. Maier,* Deputy Attorney General, for appellees.

PER CURIAM.

The appeal is dismissed.